# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL CASE NO. 3:09cr25

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| vs. | ) | <u>**O R D E R**</u> |
| | ) | |
| **AMY KATRINA BLUE.** | ) | |

**THIS MATTER** comes before the Court on the Government's Motion to Dismiss the Bill of Indictment in the above-captioned case without prejudice. [Doc. 22].

For the reasons stated in the Motion, and for cause shown, **IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 22] is **GRANTED**, and the Bill of Indictment is hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to certify copies of this Order to the United States Probation Office, the United States Marshal Service, and the United States Attorney's Office.

**IT IS SO ORDERED.**

Signed: May 19, 2009

Martin Reidinger
United States District Judge